IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL DURAN,

   Plaintiff,        No. CIV S-07-0128 GEB EFB P

 vs.

STATE OF CALIFORNIA, et al.,

   Defendants.      ORDER

_____/

   Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

   Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff submits papers showing that on March 5, 2007, he requested prison officials to submit a certified copy of his trust account activity.  However, the court has not yet received it.

////

1   Accordingly, plaintiff has 30 days from the date this order is served either to explain in
2   writing how prison officials responded to his March 5, 2005, request or to submit the required
3   trust account statement.  Failure to comply with this order will result in a recommendation that
4   this action be dismissed.  The Clerk of the Court shall send to plaintiff the application for leave
5   to proceed *in forma pauperis* used in this court.
6   So ordered.
7   Dated:  June 15, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2