IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL DURAN,

      Plaintiff,                        No. CIV S-07-0128 GEB EFB P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

                                /

      Plaintiff is a prisoner seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On January 18, 2007, plaintiff filed a complaint and a motion for a temporary restraining order and preliminary injunction. However, he neither paid the $350 filing fee nor sought leave to proceed *in forma pauperis*, one of which is required in order to pursue a civil rights action. *See* 28 U.S.C. §§ 1914(a), 1915(a). On February 26, 2007, the court ordered plaintiff either to pay the $350 filing fee or to file an application for leave to proceed *in forma pauperis* within 30 days, and warned him that failure to do so would result in a recommendation that this action be dismissed. On March 16, 2007, plaintiff filed an application for leave to proceed *in forma pauperis* without a certification of the activity in his prison trust account for the 6-month period immediately preceding the date he filed his complaint. Plaintiff submitted papers showing that he requested the certification. On June 15, 2007, the court specifically informed plaintiff that 28

1 U.S.C. § 1915(a)(1) requires such a certification.  The court gave plaintiff 30 days either to
2 submit the certification or to explain in writing how prison officials responded to his request for
3 the required certification.

4     The 30-day period has expired and plaintiff has not submitted a certified copy of his trust
5 account activity as required by 28 U.S.C. § 1915(a)(1) or explained how prison officials
6 responded to his request for the certification.  In fact, plaintiff has in no way responded to the
7 court's June 15, 2007, order.

8     It therefore is RECOMMENDED that this action be dismissed without prejudice.

9     These findings and recommendations are submitted to the United States District Judge
10 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after
11 being served with these findings and recommendations, any party may file written objections
12 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
13 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
14 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
15 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
16 Dated:  August 17, 2007.

/s/ Edmund F. Brennan

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE